■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED LAWSON, Appellant. [636 NYS2d 691] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from

Judgment of Supreme Court, Monroe County, Siracuse, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Fallon, Callahan, Doerr and Davis, JJ.